# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN O KALU, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:19-CV-1621 |
| v. | : | |
| | : | (Judge Caputo) |
| MR. SPAULDING, WARDEN OF FCI-ALLENWOOD, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **24th** day of **SEPTEMBER 2019,** upon consideration of Mr. Kalu's motion for appointment of counsel (ECF No. 4), it is hereby ordered that the motion is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**